Form 3A
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Margaret M O'Sullivan**                                         Case No.
                          Debtor(s)                                       Chapter    **13**

# APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ **273.00** in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payments or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

    $ **67.50** Check one    ☐ With the filing of the petition, or
                             ■ On or before    **9/07/06**

    $ **68.50** on or before    **9/30/06**

    $ **68.50** on or before    **10/15/06**

    $ **68.50** on or before    **10/31/06**

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

Date **August 24, 2006**                        Signature    **/s/ Margaret M O'Sullivan**
                                                              **Margaret M O'Sullivan**
**/s/ Robert V. Schaller**                                    Debtor
Attorney for Debtor(s)
**Robert V. Schaller  SCR3-6190406**
**Robert Schaller Law Office**
**907 N. Elm, Suite 100**
**Hinsdale, IL 60521**
**630-655-1233**

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Margaret M O'Sullivan**  　　　　　　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　Chapter  **13**

**ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS**

☐　　IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐　　IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____  Check one　☐  With the filing of the petition, or
　　　　　　　　　　　　　　☐  On or before _____

$ _____  on or before _____

$ _____  on or before _____

$ _____  on or before _____

☐　　IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

　　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT

Date _____　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　*UNITED STATES BANKRUPTCY JUDGE*